```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08764
   GENE RAYMOND SAARI
   LISA M SAARI                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6869     SSN XXX-XX-2889

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/21/06 and confirmed on 10/25/06.

   2.  The case was dismissed after confirmation, 12/05/2008.

   3.  The Debtor paid a total of $  11040.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 23097.83 | .00 | 5708.48 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1755.55 | .00 | 505.13 |
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 46.82 | 336.67 |
| HSBC AUTO FINANCE | SECURED VEHIC | 2010.00 | 179.49 | 1446.70 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| EAGLE ATLANTIC FINANCIAL | UNSECURED | 755.74 | .00 | .00 |
| EDWARD MEDICAL GRP #11 B | UNSECURED | NOT FILED | .00 | .00 |
| FUTURE DIAGNOSTICS GROUP | UNSECURED | 10080.00 | .00 | .00 |
| JOLIET ONCOLOGY HEMATOLO | UNSECURED | NOT FILED | .00 | .00 |
| FRIEDMAN & SOLOMON | UNSECURED | NOT FILED | .00 | .00 |
| MCM | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 869.06 | .00 | .00 |
| MIDWEST DIGESTIVE DISEAS | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NCO HEALTHCARE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 890.83 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RMI | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 546.44 | .00 | .00 |

```
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED              .00           .00
HSBC AUTO FINANCE          UNSECURED         2906.17              .00           .00
ROUNDUP FUNDING LLC        UNSECURED         4257.60              .00           .00
ROUNDUP FUNDING LLC        UNSECURED         3811.62              .00           .00
ROUNDUP FUNDING LLC        UNSECURED          165.81              .00           .00
NATIONAL CAPITAL MANAGEM   UNSECURED          535.36              .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          219.67              .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  27363.38         .00      25038.30         .00       52401.68
PRINCIPAL PAID       7996.98         .00           .00         .00        7996.98
INTEREST PAID         226.31         .00           .00         .00         226.31
TOTAL PAID           8223.29         .00           .00         .00        8223.29
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2975.00
and was paid $    666.00   direct and $   2309.00   through the plan.

The Trustee received $    507.71 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 08764 GENE RAYMOND SAARI & LISA M SAARI